CONFORMED

1  Steven H. Weinstein (086724),
   sweinstein@bargerwolen.com
2  Marina M. Karvelas (171702),
   mkarvelas@bargerwolen.com
3  Peter Sindhuphak (235164),
   psindhuphak@bargerwolen.com
4  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
5  Los Angeles, California 90071
   Telephone: (213) 680-2800
6  Facsimile: (213) 614-7399

7

8  Attorneys for Defendant
   Lexington Insurance Company
9

FILED
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
2013 MAR 14 PM 1:48
BY _____

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  ARE-EAST RIVER SCIENCE PARK,      ) CASE NO.: CV13-01837-JFW (JCG)
    LLC,                              )
14                                    ) DEFENDANT LEXINGTON
               Plaintiff,             ) INSURANCE COMPANY'S
15                                    ) **CERTIFICATION OF
         vs.                          ) INTERESTED PARTIES**
16                                    )
    LEXINGTON INSURANCE               ) [Local Rule 7.1-1]
17  COMPANY, and DOES 1 through 10,   )
                                      )
18             Defendants.            )
                                      )
19

20

21
    TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF
22
    RECORD:
23

24
         The undersigned, counsel of record for Defendant Lexington Insurance
25
    Company, certifies that other than the named parties, the following may have a direct,
26
    pecuniary interest in the outcome of this case:
27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10725\009\13pleadings\cert int parties.doc

CERTIFICATION OF INTERESTED PARTIES

- National Union Fire Insurance Company of Pittsburgh, Pa., which owns seventy percent (70%) of Lexington;
- Insurance Company of the State of Pennsylvania which owns twenty percent (20%) of Lexington;
- Chartis Property Casualty Company which owns ten percent (10%) of Lexington;
- Chartis U.S., Inc., which owns 100% of National Union Fire Insurance Company of Pittsburgh, Pa., Insurance Company of the State of Pennsylvania, and Chartis Property Casualty Company.
- Chartis, Inc., which owns 100% of Chartis U.S., Inc.
- AIUH LLC, which owns 100% of Chartis, Inc.
- American International Group, Inc., a publicly-held corporation, that owns 100% of AIUH LLC.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: March 14, 2013

BARGER & WOLEN LLP

By: _____
STEVEN H. WEINSTEIN
MARINA M. KARVELAS
PETER SINDHUPHAK
Attorneys for Defendant
Lexington Insurance Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
CERTIFICATION OF INTERESTED PARTIES

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

      On **March 14, 2013**, I served the foregoing document(s) described as **DEFENDANT LEXINGTON INSURANCE COMPANY'S CERTIFICATION OF INTERESTED PARTIES** on the interested parties in this action by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

[X] **BY MAIL**

    [ ] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **OVERNIGHT DELIVERY**

    [ ] I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

[X]   (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **March 14, 2013**.

NAME: Nora Vasquez            (Signature)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10725\009\13pleadings\proof.doc

PROOF OF SERVICE

## SERVICE LIST

*ARE-East River Science Park, LLC v. Lexington Insurance Company, et al.*
LASC Case No. BC500856

| | |
|---|---|
| Kirk A. Pasich, Esq.<br>Fiona A. Chaney, Esq.<br>DICKSTEIN SHAPIRO LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>Tel. No.: (310) 772-8300<br>Fax No.: (310) 772-8301<br>Email: pasichk@dicksteinshapiro.com<br>        chaneyf@dicksteinshapiro.com | Attorneys for Plaintiff |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
PROOF OF SERVICE